IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONALD C. O'HERN, #191045,           )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )   CASE NO. 2:12-cv-697-WHA
                                      )
DALLAS DIAZ, et al.,                  )           (WO)
                                      )
            Defendants.               )

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Donald C.

O'Hern.  The federal claims are DISMISSED with prejudice, and the state law medical

malpractice claims are DISMISSED without prejudice.  Costs are taxed against the Plaintiff.

DONE this 30th day of September, 2015.


/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE